IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO et al.,

    Plaintiffs,

v.

MUNICIPALITY OF YAUCO et al.,

    Defendants.

CIVIL NO. 98-2381 (RLA)

### ORDER TO SHOW CAUSE

Parties having failed to file the Joint Motion Submitting Three Names of Expert Engineer before September 13, 1999, as ordered by the Court on August 13, 1999;[1] it is

HEREBY ORDERED that unless the parties submit the names of proposed expert engineers **on or before September 30, 1999**, sanctions shall be imposed, including the striking of expert testimony and/or the imposition of sanctions upon counsel personally.

This Order shall be FAXED to counsel of record.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Minutes and Order of Intial Scheduling Conference Held On August 11, 1999 (docket No. 24).

AO 72
(Rev 8/82)