IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO et al.,

    Plaintiffs,

v.                                               CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO et al.,

    Defendants.

### ORDER APPOINTING JOINT EXPERT, SETTING DEADLINES FOR REPORT AND BRIEFS AND SANCTIONING COUNSEL

In accordance with the undersigned's Order at the Scheduling Conference held on August 11, 1999 (docket No. 24),[1] plaintiffs submitted the names of five engineering experts.[2] On the other hand, defendants failed to submit any names despite a request for additional time to do so.[3]

Accordingly, IT IS HEREBY ORDERED that Engineer EMILIANO H. RUIZ, M.S.C.E., is hereby APPOINTED by the Court[4] to carry out an inspection of the site(s) which plaintiffs allege are in noncompliance with ADA requirements.

---

[1] See also Order to Show Cause (docket No. 31, filed on September 20, 1999), granting the parties until September 30, 1999, to submit the names of proposed expert engineers.

[2] See Motion Submitting the Names of Experts (**docket No. 33**, filed on September 30, 1999).

[3] See Motion in Compliance [sic] with Order (**docket No. 32**, filed on September 30, 1999) requesting an additional period of seven days.

[4] As agreed to at the ISC, both parties shall pay for ENG. RUIZ' fees.

AO 72
(Rev 8/82)

CIVIL NO. 98-2381 (RLA)                                             Page 2

IT IS FURTHER ORDERED that ENG. RUIZ shall issue a report of his findings **no later than October 29, 1999,** which report plaintiffs shall file with the Court **no later than November 1, 1999.**

IT IS FURTHER ORDERED that the parties' briefs regarding the applicability of the ADA regulations to the alleged violations **shall be filed no later than November 12, 1999.**

Counsel for defendants having failed to comply with the Orders of this Court, IT IS FURTHER ORDERED that attorney LUIS E. PABON ROCA is hereby SANCTIONED in the amount of $100.00, which monies shall be paid to the Clerk of the Court **on or before October 25, 1999.** A motion certifying payment thereof shall be filed by counsel on even date.

Counsel are once again admonished that failure to comply with any of the terms of this Order may result in the imposition of sanctions upon them personally and/or dismissal of claims, defenses and striking of witnesses.

This Order shall be FAXED to counsel of record and notified to EMILIANO H. RUIZ, M.S.C.E., at P.O. Box 192304, San Juan, P.R. 00919-2304 (Tel. No. 774-8956).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 8th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

s/c: E. Ruiz
10/14/99 no
Parties notified by fax