UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 18 AM 9:02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FREDDIE LEON MALDONADO

v.                                      Civil No. 98-2381 (RLA)

MUNICIPALITY OF YAUCO

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/13/99  Docket # 35<br>[X] Defendants<br><br>Title: Motion Requesting Reconsideration of Sanctions | DENIED. |

October 15, 1999                By _____
Date                            RAYMOND L. ACOSTA
                                U.S. District Judge

Rec'd: _____  EOD: _____

By: no    #36

3