IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO et al.,

    Plaintiffs,

v.       CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO et al.,

    Defendants.

## ORDER APPOINTING SUBSTITUTE JOINT EXPERT AND RESCHEDULING DEADLINES FOR REPORT

It appearing that EMILIANO H. RUIZ, M.S.C.E., who was recently appointed by the Court[1] to inspect the site(s) allegedly in noncompliance with the ADA and issue a report thereon, will be unable to do so within the deadlines contemplated by the Court for conclusion of discovery in these proceedings,[2] plaintiffs' Informative Motion (**docket No. 38**, filed on October 28, 1999) is hereby **NOTED**.

Accordingly, the appointment of Engineer EMILIANO H. RUIZ is hereby RESCINDED.

IT IS FURTHER ORDERED that JOSE L. PEREZ BERENGER, M.S.C.E. is hereby APPOINTED in his place to carry out the inspection of the

---

[1] See Order Appointing Joint Expert... (docket No. 34, filed on October 13, 1999).

[2] See Minutes and Order of Initial Scheduling Conference Held on August 11, 1999 (docket No. 24, filed on August 16, 1999).





AO 72
(Rev 8/82)

CIVIL NO. 98-2381 (RLA)                                                    Page 2

---

site(s) which plaintiffs allege are in noncompliance with ADA requirements.[3]

IT IS FURTHER ORDERED that Eng. PEREZ shall issue a report of his findings **no later than November 30, 1999,** which report shall be filed by plaintiffs **no later than December 3, 1999.**

IT IS FURTHER ORDERED that the parties' briefs regarding the applicability of the ADA regulations to the alleged violations shall be filed **no later than December 15, 1999.**

Counsel are admonished that failure to comply with the terms of this Order may result in the imposition of sanctions as the Court deems appropriate.

This Order shall be FAXED to counsel of record and Eng. EMILIANO H. RUIZ (Fax No. 774-8850) and notified to JOSE L. PEREZ BERENGER, M.S.C.E., at 12 Muñoz Rivera St. (2nd floor), Cabo Rojo, P.R. 00623 (Tel. No. 851-7114).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 4th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[3] As agreed by the parties at the ISC, both parties shall be responsible for payment of Mr. PEREZ' fees.

E. Ruiz 774-8956