IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO, et al.,

    Plaintiff,

v.                                         CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

### ORDER SCHEDULING STATUS CONFERENCE

It appearing that MR. JOSE L. PEREZ, the expert engineer appointed by the Court on November 8, 1999 (docket No. 40), was unable to carry out the investigation and preparation of the report (see letter received in chambers on November 22, 1999, attached herein as Appendix A); it is

HEREBY ORDERED that the parties shall appear before the undersigned in chambers for a **Status Conference** on **January 27, 2000, at 3:30 p.m.**, at which time a new discovery and pretrial and trial timetable shall be discussed and established by the Court.

Accordingly, it is further ORDERED that all discovery, pretrial and trial settings established in our Order of August 16, 1999 (**docket No. 24**) are hereby VACATED.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 13th day of January, 2000.

                              RAYMOND L. ACOSTA
                            United States District Judge

AO 72
(Rev 8/82)





## José L. Pérez y Asociados
Ingeniería, Agrimensura, Planificación
Apartado 6512, Marina Station, Mayagüez, Puerto Rico, 00681-6512
Calle Muñoz Rivera #12 esq. Calle Henna (altos) Cabo Rojo, Puerto Rico
Tel. (787) 851-7114   Fax (787) 851-2708

November 14, 1999

Hon. Raymond L. Acosta
United States District Jugde
United States District Court
Room 150 Federal Bldg.
San Juan, Puerto Rico, 00918-1767

Re: Freddie León Maldonado et al., Plaintiffs
    vs
    Municipality of Yauco et al., Defendants

Dear Judge Acosta:

During the last week I received an appointing to carry out the inspection of the site(s) which plaintiffs allege are in noncompliance with ADA requirements. I am interested in this work but I have problems to finish the report for the deadline appointed because I will be outside the Island for November 30, 1999. I will be able to do the inspection and the report if the deadline is extended some weeks. If this is not possible, I solicit, respectfully, to be quitted of this task.

Thanks for the appointing. If you have any question or comment, please, contact me at your convenience to the address, telephone or fax that appears at the heading.

Regards

Eng. José L. Pérez, M.S.C.E.
Principal
José L. Pérez y Asociados