IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB -7 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| FREDDIE LEON MALDONADO et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-2381 (RLA) |
| MUNICIPALITY OF YAUCO et al., | |
| Defendants. | |

**MINUTES AND ORDER OF INITIAL SCHEDULING CONFERENCE
HELD ON JANUARY 27, 2000**

The parties appeared before the undersigned in chambers for a Status Conference on January 27, 2000, from 4:00 p.m. to 5:00 p.m. GERARDO SANTIAGO-PUIG, ESQ., represented plaintiffs. LUIS E. PABON-ROCA, ESQ. and GILDREN CARO PEREZ, ESQ., appeared on behalf of MUNICIPALITY OF YAUCO.

**EXPERT ENGINEER'S REPORT**



After a brief discussion of the problems that arose concerning the previous two Court appointments of expert engineers[1] to carry out an inspection of the town's ramps and facilities which plaintiffs claim are not in compliance with the ADA, and the Court having ensured that MR. EMILIANO RUIZ was available at this time and able to accept the appointment,[2] it is

HEREBY ORDERED that EMILIANO H. RUIZ, M.S.C.E., is hereby APPOINTED to carry out an inspection of all the sites and facilities in the town of Yauco which plaintiffs allege are in violation of ADA requirements.

---

[1] See docket Nos. 38 and 42.

[2] Plaintiffs' counsel confirmed Mr. Ruiz' availability via phone at the Court's directive.

AO 72
(Rev 8/82)

CIVIL NO. 98-2381 (RLA)                                                      Page 2

---

IT IS FURTHER ORDERED that Eng. RUIZ shall issue a report of his findings **no later than March 31, 2000,** which report shall be filed by plaintiffs **no later than April 3, 2000.**[3]

IT IS FURTHER ORDERED that the parties' briefs regarding the applicability of the ADA regulations to the alleged violations shall be filed **no later than April 28, 2000.**[4]

### DISCOVERY

In order to move the case along in light of the inordinate delays to date, the Court established the following discovery schedule:

### Depositions

| Date | Deponent |
|---|---|
| 2/28/00 | FREDDIE DE LEON, plaintiff |
| 2/29/00 | NOEL CRUZ ORENGO, assemblyman |
| 2/29/00 | GLORIA ESCOBAR, head of advocacy group |
| 3/06/00 | MARIA NIEVES, government inspector |
| 3/20/00 | DR. EVELYN RIVERA, plaintiff's treating physician[5] |
| 3/20/00 | DR. JORGE BAEZ, plaintiff's treating physician |
| 3/23-24 | MAYOR OF YAUCO and ASSEMBLY PRESIDENT |

---

[3] Courtesy copy shall be provided to chambers.

[4] Courtesy copy shall be provided to chambers.

[5] Plaintiffs' counsel shall furnish defendants with copy of Mr. Maldonado's medical records from Dr. Rivera's and Dr. Baez' office **on or before March 20, 2000.**

CIVIL NO. 98-2381 (RLA)                                                          Page 3

| | | |
|---|---|---|
| 1 | 3/27/00 | DR. TESILUZ VEGA TORRENTINI, psychiatrist, plaintiffs' expert witness[6] |
| 3 | | Other Discovery Deadlines |
| 4 | 3/31/00 | Deadline for defendants to identify expert witness(es), if any |
| 6 | 4/14/00 | Deadline for defendants' psychiatrist to evaluate plaintiff, if desired |
| 8 | 4/28/00 | Deadline for defendants' expert witness(es)' report(s) |
| 9 | 5/15/00 | Deadline to complete all discovery |
| 10 | 5/31/00 | Deadline to submit dispositive motion to opposing counsel in accordance with Standing Order |
| 13 | 6/09/00 | Settlement Conference at 3:00 p.m. |

IT IS FURTHER ORDERED that in light of the above revisions to the trial schedule, the PRETRIAL/SETTLEMENT CONFERENCE scheduled for February 10, 2000 at 3:30 p.m., as well as the JURY TRIAL set for for February 24, 2000, are hereby **VACATED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[6] Plaintiff shall provide DR. VEGA TORRENTINI'S expert report to defendants **on or before February 28, 2000**.