IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO, et al.,

    Plaintiff,

v.                                                    CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

### ORDER SCHEDULING STATUS CONFERENCE

A **Status Conference** is hereby scheduled in this case for **Tuesday, May 2, 2000, at 3:30 p.m.**, before the undersigned.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of April, 2000.

                              RAYMOND L. ACOSTA
                            United States District Judge