IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FREDDIE LEON MALDONADO et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-2381 (RLA) |
| MUNICIPALITY OF YAUCO et al., | |
| Defendants. | |

### ORDER RESCHEDULING ENGINEER'S INSPECTION
### AND CONCLUSION OF DISCOVERY PROCEEDINGS

Defendant MUNICIPALITY OF YAUCO's Motion Requesting Extension of Time (**docket No. 50,** filed on May 30, 2000) is hereby **GRANTED.**[1] Accordingly, counsel for the parties shall meet with ENG. EMILIANO RUIZ[2] **on or before June 30, 2000,** to provide to ENG. RUIZ with all of the pertinent information needed to carry out the inspection and render a report.

IT IS FURTHER ORDERED that ENG. RUIZ shall inform the Court, **no later than July 10, 2000,** whether counsel complied with the above directives, and if so, submit therewith his Proposed Work Plan, including an estimate of the time needed to complete the inspection and submit his report.

---

[1] See also Interlocutory Communication received from Engineer EMILIANO RUIZ on May 30, 2000, attached hereto, which shall be filed by the Clerk of the Court as a motion in these proceedings.

[2] ENGINEER RUIZ' telephone numbers are 774-8955; 774-8633 (office); 382-1511 (cel). His FAX number is 774-8850.

CIVIL NO. 98-2381 (RLA)            Page 2

---

Counsel are admonished that failure to meet with the engineer as directed or to comply with any of the terms of this Order shall result in the imposition of sanctions upon them personally, and/or dismissal of claims or defenses.

REMAINING DEPOSITIONS

The depositions of the Mayor and Yauco Assemblyman and the conclusion of plaintiff LEON MALDONADO's deposition had been scheduled for May 25 and May 26, 2000.[3] It appearing from defendant's motion and Mr. RUIZ' communication that counsel did not meet as planned on May 25, plaintiff's counsel shall advise the Court **no later than July 6, 2000,** of the new dates chosen for conclusion of the depositions of the Mayor, the municipal assemblyman and MR. LEON MALDONADO.

This Order shall be notified by FAX to counsel or record and to ENG. EMILIANO RUIZ. (Fax No. **774-8850**).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22nd day of June, 2000.

                                         RAYMOND L. ACOSTA
                                        United States District Judge

---

[3] See Minutes and Order of Second Status Conference...(docket No. 49, filed on May 18, 2000). Counsel for the parties mutually agreed to these dates at the status conference.