IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

DATE: June 26, 2000

FREDDIE LEON MALDONADO, et al.,

    Plaintiff,

v.   CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

**BY ORDER OF THE COURT**, the **Settlement Conference** scheduled for June 9, 2000, could not be held as planned due to the moving of the chambers of Judge Raymond L. Acosta to the new U.S. Courthouse and Post Office Building in Old San Juan.

*Lily Alicea*
COURTROOM DEPUTY

PARTIES NOTIFIED:
(3)   JUN 28 2000