UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FREDDIE LEON MALDONADO

v.

MUNICIPALITY OF YAUCO

Civil No. 98-2381 (RLA)

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 7/7/00   Docket #<br>[X] Eng. Emiliano H. Ruiz<br><br>Title: Motion Informing Work Plan and Other Related Matters | The Clerk of the Court shall file the motion in these proceedings, which motion is hereby **NOTED**.<br><br>IT IS FURTHER ORDERED that the parties shall abide by the WORK PLAN as informed herein and shall furnish all necessary cooperation to ENG. RUIZ to ensure **completion of his report by October 20, 2000**.<br><br>IT IS FURTHER ORDERED that plaintiffs shall file for the Court **no later than July 28, 2000**, a Motion Informing Schedule of Engineer's Inspections, indicating the proposed dates for inspections and any other information relevant to the status of same.<br><br>IT IS FURTHER ORDERED that plaintiffs shall submit for the Court's review and approval ENG. RUIZ' first invoice at the conclusion of the inspection phase.<br><br>If warranted, upon receipt of ENG. RUIZ' Report, the Court shall delineate a briefing schedule for the parties to respond to the Engineers's findings. |

July  13 , 2000
   Date

RAYMOND L. ACOSTA
U.S. District Judge

