UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO

v.

MUNICIPALITY OF YAUCO

Civil No. 98-2381 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/30/00   Docket # 54<br>[X] Defendant<br><br>Title: Informative Motion in Compliance with Order | NOTED. The conclusion of plaintiff's deposition shall take place on July 19, 2000 as scheduled. |

July 13, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By:         #56