UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO

v.                              Civil No. 98-2381 (RLA)

MUNICIPALITY OF YAUCO



## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 7/20/00   Docket # 58<br>[X] Plaintiff<br><br>Title: Informative Motion and Requesting Extension of Time for the Completion of Plaintiff Deposition | NOTED. The conclusion of plaintiff's deposition shall take place on or before August 31, 2000. |

July 27, 2000
     Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: /s/   # 60