UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO

v.

MUNICIPALITY OF YAUCO

Civil No. 98-2381 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/27/00  Docket # 59<br>[X] Eng. Emiliano H. Ruiz<br><br>**Title:** Motion Informing Schedule Of Engineer's Inspections | Schedules of engineer's inspections on August 21 and 22, 2000 are **NOTED**.<br><br>IT IS FURTHER ORDERED that plaintiffs shall file for the Court **no later than August 25, 2000**, a Motion Informing Progress of Engineer's Inspections, and providing any additional information deemed pertinent.<br><br>IT IS FURTHER ORDERED that plaintiffs shall submit for the Court's review and approval ENG. RUIZ' first invoice at the conclusion of the inspection phase. |

August 𝓧 , 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: ___  # 61

3