UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FREDDIE LEON MALDONADO, et al.

V.                                            CASE NUMBER: CIVIL 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.


ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 9/21/00   Docket # 62<br>[ ] Plffs   [X] Defts<br>[ ] Other<br><br>Title: Informative Motion | GRANTED until October 20, 2000. |

September 28, 2000                    RAYMOND L. ACOSTA
      Date                            U.S. District Judge

Rec'd:        EOD:

By: _____  #63