IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO et al.,

    Plaintiffs,

v.   CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO et al.,

    Defendants.

### ORDER IMPOSING SANCTIONS FOR NONCOMPLIANCE

The parties having failed to file the settlement stipulation by October 20, 2000, as ordered by the Court on September 28, 2000;[1] it is

HEREBY ORDERED that counsel are hereby sanctioned **$100.00 each**, payable to the Clerk of the Court **on or before November 6, 2000**,[2] and

IT IS FURTHER ORDERED that counsel shall be sanctioned an additional **$50.00** for each day beyond **November 6, 2000**, that the stipulation and/or the herein imposed sanctions are filed late.

This Order shall be FAXED to counsel of record.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 31st day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See docket No. 62.

[2] A motion certifying compliance herewith, shall be filed on even date.