UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO

v.

MUNICIPALITY OF YAUCO

Civil No. 98-2381 (RLA)

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/23/00   Docket # 66<br>[X] **Plaintiffs**<br><br>**Title: Motion for Reconsideration of Order Imposing Sanctions** | It appearing that the Informative Motion Pursuant to Rule 25(A) of the Federal Rules of Civil Procedure filed by plaintiffs on October 23, 2000 (docket No. 64), was not timely notified to the undersigned, nor was a courtesy copy provided to chambers, the motion for reconsideration is hereby **GRANTED**. Accordingly, our Order of October 31, 2000, imposing sanctions upon counsel is hereby **VACATED**.<br>IT IS FURTHER ORDERED that **no later than January 31, 2001**, plaintiffs shall file a motion indicating to the Court what actions will be taken to bring these proceedings to a close. |

November 16, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By: _____   #67


