IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO et al.,

    Plaintiffs,

    v.                                CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO et al.,

    Defendants.

### ORDER TO SHOW CAUSE

The record reflects that on September 21, 2000, the Court was notified that the parties had reached an agreement to settle this litigation. See docket No. 62.

Despite several extensions of time granted by the Court for the parties to complete and file the settlement documents,[1] nothing has been filed by plaintiffs to date. See Informative Motion filed by defendants on January 31, 2001.

Accordingly, unless plaintiffs file a settlement stipulation and/or motion for voluntary dismissal or otherwise show cause, **on or before March 9, 2001,** this action shall be automatically dismissed for lack of prosecution.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of February, 2001.

                                          RAYMOND L. ACOSTA
                                          United States District Judge

---

[1] See docket Nos. 63 and 67, filed on September 28 and November 21, 2000, respectively.

AO 72
(Rev 8/82)