IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO, et al.,

    Plaintiffs,

v.   CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

### ORDER IN THE MATTER OF SETTLEMENT AGREEMENT

Plaintiffs' counsel responded to our Order to Show Cause[1] by submitting an unsigned confidential agreement and requesting payment of his fees.[2] However, the court is impeded from taking any action on the agreement absent plaintiffs' signature.

Accordingly, counsel for plaintiffs is hereby ORDERED to file either a voluntary dismissal or the stipulation duly executed by his clients for the court's approval **on or before April 13, 2001**. Plaintiffs are admonished that failure to comply shall result in the automatic dismissal of this action.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of March, 2001.

                      RAYMOND L. ACOSTA
                      United States District Judge

---

[1] See Order to Show Cause, issued on February 6, 2001 (docket No. 69).

[2] See Motion Showing Cause, filed on March 8, 2001 (docket No. 70) and defendants' Opposition... filed on March 8, 2001 (docket No. 71).

AO 72
(Rev 8/82)