UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE NEGRON MALDONADO

V.                              CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 4/1/01    **Docket #** 73<br><br>[X] Plffs.<br><br>**Title:** MOTION FOR THE SUBSTITUTION OF DECEASED PARTY AND REQUESTING SETTLEMENT CONFERENCE. | The MUNICIPALITY OF YAUCO shall respond **no later than May 31, 2001** to plaintiffs' concerns regarding whether or not the new administration will abide by the terms of the proposed confidential agreement.<br>    Defendant is admonished that failure to respond shall result in the imposition of sanctions including but not limited to sanctions against counsel personally. |

May  1st , 2001              RAYMOND L. ACOSTA
     Date                    U.S. District Judge

Rec'd:           EOD:

By: /s/ # 75

