IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO, et al.,

    Plaintiffs,

v.       CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

### ORDER SUBSTITUTING PLAINTIFFS AND SETTING FINAL DEADLINE FOR PLAINTIFFS TO MOVE FOR DISMISSAL OR FILE EXECUTED SETTLEMENT AGREEMENT

Plaintiff FREDDIE LEON MALDONADO having passed away, he is hereby substituted in this action by his two sons FREDDIE LEON SANTOS and ALFREDO LEON SANTOS.[1] Accordingly, decedent's children and his widow constitute the sole named plaintiffs in this action.

It appearing that HON. ABEL NAZARIO QUIÑONEZ, the newly-elected Mayor of Yauco, has endorsed the settlement agreement negotiated with his predecessor[2] and has committed himself to take all necessary steps to ensure compliance the terms thereof[3] the Court finds no impediment for plaintiffs to subscribe the agreement at

---

[1] See Motion for the Substitution of Deceased Party and Requesting Settlement Conference, filed on April 12, 2001 (docket No. **73**).

[2] See Private and Confidential Settlement and Release Agreement duly signed by the Mayor attached to defendant's Informative Motion in Compliance with Order, filed on May 31, 2001 (docket No. **76**).

[3] See Letter subscribed by the Mayor dated May 31, 2001 attached to defendant's Informative Motion in Compliance with Order, filed on May 31, 2001 (docket No. **76**).

**CIVIL NO. 98-2381 (RLA)**                                                                 **Page 2**

---

this time.[4] **BY ORDER OF HONORABLE JUDGE RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE,** plaintiffs' request for a settlement conference is **DENIED.**

Based on the foregoing, unless plaintiffs file either a voluntary dismissal or the stipulation duly executed for the Court's approval **on or before July 20, 2001,** defendant's request for dismissal shall be granted.[5]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of June, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

By: /s/ _____
        Deputy Clerk

---

[4] Plaintiffs are reminded that the agreement provides for judicial enforcement in the event of non-compliance.

[5] See Opposition to "Motion Requesting a Settlement Conference" and Second Request [sic] Dismissal, filed on April 26, 2001 (docket No. 74).