IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FREDDIE LEON MALDONADO, et al.,

    Plaintiffs,

v.       CIVIL NO. 98-2381 (RLA)

MUNICIPALITY OF YAUCO, et al.,

    Defendants.

### ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE

**BY ORDER OF HONORABLE JUDGE RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE**, a **SETTLEMENT CONFERENCE** is hereby scheduled for **August 30, 2001 at 3:00 p.m.** for the parties to show cause why they have not yet signed the proposed Private and Confidential Settlement and Release Agreement.

In order to avoid further delays MR. LEON MALDONDADO's heirs as well as the HON. ABEL NAZARIO QUIÑONEZ, the newly-elected Mayor of Yauco, shall also attend.[1]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of July, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

By: _____
Deputy Clerk

---

[1] The parties are reminded that the chambers of the undersigned are currently located at Suite 348, U.S. Courthouse and Post Office Bldg., 300 Recinto Sur St., Old San Juan, P.R.