IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ILIA SANTOS VELEZ, FREDDIE LEON SANTOS and ALFREDO LEON SANTOS, in representation of FREDDIE LEON MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>MUNICIPALITY OF YAUCO,<br><br>Defendant. | CIVIL NO. 98-2381 (RLA) |

### FINAL JUDGMENT

The settlement agreement filed by the parties on August 30, 2001, is hereby **APPROVED**.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that the terms and conditions included in the "Acuerdo de Relevo y Transacción Privado y Confidencial", annexed hereto and made part hereof, are hereby incorporated into this judgment *in extenso*; and

IT IS FURTHER ORDERED that the complaint filed in this action against THE MUNICIPALITY OF YAUCO be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of August, 2001.

RAYMOND L. ACOSTA
United States District Judge